Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the action within the meaning of the Constitution (*see Burke v Crosson*, 85 NY2d 10, 18 n 5 [1995]).

---

In the Matter of JASMINE G. and Others, Children Alleged to be Neglected. PAMELA G., Appellant; ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent.

Submitted April 3, 2017; decided June 6, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

---

MAIMOUNA KAMATE, Respondent, v MJ CAHN Co. et al., Appellants.

Submitted April 3, 2017; decided June 6, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

---

NELLA MANKO, Appellant, v DAVID A. GABAY, Respondent.

Decided June 6, 2017

Appeal dismissed without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

---

NELLA MANKO, Appellant, v DAVID A. GABAY et al., Respondents.

Decided June 6, 2017

Appeal dismissed without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

NELLA MANKO, Appellant, v LENOX HILL HOSPITAL, Respondent.

Submitted April 10, 2017; decided June 6, 2017

Motion for reconsideration of this Court's February 16, 2017 dismissal order denied [*see* 28 NY3d 1165 (2017)].

In the Matter of LEO A. MARINO, Appellant, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, Respondent.

Submitted April 3, 2017; decided June 6, 2017

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied. Motion for poor person relief dismissed as academic.

In the Matter of LEO A. MARINO, Appellant, v STEVEN RACETTE, as Superintendent of Clinton Correctional Facility, Respondent.

Submitted April 10, 2017; decided June 6, 2017

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]). Motion for poor person relief dismissed as academic.

KARLO MORATO-RODRIGUEZ, Appellant, v RIVA CONSTRUCTION GROUP, INC., Defendant, and 1412 BROADWAY, LLC, et al., Respondents.

Submitted April 3, 2017; decided June 6, 2017